**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2181

MITHUN BANERJEE,

        Plaintiffs - Appellant,

   and

BANERJEE HOLDINGS, LLC,

        Plaintiff,

   v.

BANK OF AMERICA, N.A.; THE CORPORATION TRUST, INCORPORATED; TESSA L. FREDERICK; JEFFREY P. REILLY; MILES & STOCKBRIDGE P. C., 100 Light Street; ROSALYN TANG; STEPHEN J. MCAULIFFE, III; MILES & STOCKBRIDGE, P. C., 11 N. Washington St # 700,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:21-cv-03125-TDC)

Submitted: October 31, 2023                    Decided: November 2, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Mithun Banerjee, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mithun Banerjee seeks to appeal the district court's orders dismissing his complaint in his civil action and denying reconsideration. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order denying reconsideration on September 12, 2022. Banerjee filed the notice of appeal on November 10, 2022. Because Banerjee failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny Banerjee's motion to appoint counsel and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*